# Brach Eichler LLC.

### COUNSELLORS AT LAW

101 Eisenhower Parkway • Roseland, New Jersey 07068 • t. 973.228.5700 • f. 973.228.7852
www.bracheichler.com

Richard B. Robins
Direct Dial: 973-403-3147
Direct Fax: 973-618-5547
E-mail:    rrobins@bracheichler.com

May 31, 2011

**VIA ELECTRONIC FILING**

Hon. Susan D. Wigenton, U.S.D.J.
United States District Court for the District of
New Jersey
50 Walnut Street
Room 4015
Newark, NJ 07101

Re:    United States of America v. Joseph Campbell, M.D.
          Civil Action No.: 08-1951 (SDW)
          Our File No.: CAM164-251946

Dear Judge Wigenton:

I am writing to confirm that the parties have reached an agreement on Defendant's pending motion for litigation costs. Defendant therefore withdraws the motion without prejudice. Upon receiving the agreed upon litigation costs, Defendant will withdraw the motion with prejudice.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Richard B. Robins

RBR/amw

cc:    Alex Kriegsman, AUSA (via email)

So Ordered
/s/ Susan D. Wigenton USDJ
June 2, 2011

ROS:1212389.1/CAM164-251946